IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
|     *ex rel*. DIANA KULWICKI | § | |
| | § | |
| STATE OF TEXAS, *ex rel*. | § | |
| Diana Kulwicki, | § | |
|     *Plaintiffs*, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-08-475 |
| | § | |
| RADIOLOGY ASSOCIATES LLP, | § | |
| DRISCOLL CHILDREN'S HOSPITAL, | § | |
| DRISCOLL CHILDREN'S HOSPITAL | § | |
| GENETIC SERVICES, CHILDREN'S | § | |
| PHYSICIAN SERVICES OF SOUTH TEXAS, | § | |
| CENTER FOR GENETIC SERVICES, and | § | |
| RAYMOND LEWANDOWSKI, M.D. | § | |
|     *Defendants*. | | |

## NOTICE PURSUANT TO LOCAL RULE 16.3

Pursuant to Local Rule 16.3 the parties give notice that a settlement of the employment

retaliation case is pending  and that a Motion and Order to Dismiss will be presented to the Court

as soon as possible.

Respectfully Submitted,

  /s/ Gay E. Gilson                

Joel M. Androphy

State Bar No. 01254700

Sarah M. Frazier

State Bar No. 24027320

Rachel L. Grier

State Bar No. 24055592

Berg & Androphy

3704 Travis Street

Houston, Texas 77002

Telephone (713) 529-5622

Facsimile (713) 529-3785

1

Gay E. Gilson
Law Office of Gay E. Gilson
SBN 00784131/Fed.I.D. 16385
418 Peoples St., Suite 402
Corpus Christi, Texas 78401
Tel: (361) 887-0552/Fax: (361) 887-0554
Co-Counsel for Plaintiff


/s/ Gary A. Hall.
_____
Gary A. Hall, P.C.
Attorney-at-Law
Federal Bar No. 15590
State Bar No. 00784195
400 Mann Street, Suite 700
Corpus Christi, Texas 78401
Tel. (361) 885-0943
Fax. (361) 885-0191
Attorney for Defendant
Radiology Associates, L.L.P.