IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA § | | |
| ex rel. Diana Kulwicki § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| § | CIVIL ACTION NO: 08-485 | |
| v. § | | |
| § | | |
| RADIOLOGY ASSOCIATES LLP, § | | |
| et al. § | | |
| § | | |
| Defendants. § | | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS
AGAINST THE CPSST DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the undersigned Parties hereby jointly stipulate to the dismissal with prejudice of all claims brought by the United States of America and the State of Texas, by and through qui tam relator Diana Kulwicki, against Defendants Driscoll Children's Hospital, Children's Physician Services of South Texas ("CPSST"), Center for Genetic Services, and Raymond Lewandowski (collectively, the "CPSST-Defendants").

This stipulation has no effect on any claims or allegations against any defendants other than the CPSST Defendants.

On January 17, 2013, the United States filed with this Court a Notice of Partial Intervention and Settlement. (Dkt. # 69). The Notice attached a Settlement Agreement between the CPSST Defendants and the United States, Texas, and the Relator, which expressly stated that the participating parties had settled all of the pending claims against the CPSST Defendants, except for Relator's claims for statutory attorneys' fees, costs, and expenses pursuant to 31

U.S.C. § 3730(d). (*Id.*, Exhibit 1, ¶ II.K). The CPSST Defendants have satisfied their obligations under the settlement agreement.

On May 22, 2013, this Court resolved the only remaining claim against the CPSST Defendants when it granted Relator's Motion for Award and Costs Pursuant to 31 U.S.C. § 3730(d). (Dkt. # 101). Specifically, the Court ordered the CPSST Defendants and their co-defendant, Radiology Associates, L.L.P., to pay Relator a specific sum for attorneys' fees and costs. (*Id.* at 14-15). Relator has been paid the full amount of attorneys' fees and costs awarded by the Court's May 22, 2013 order.

Because (1) the CPSST Defendants have complied with their obligations under the Parties' settlement agreement and (2) Relator has received her statutory share of that settlement agreement, along with her attorneys' fees, costs, and expenses, the Parties are required to execute and file this Joint Stipulation of Dismissal With Prejudice regarding all claims against the CPSST Defendants. (*See* Dkt. # 69, Exhibit 1, ¶ III.20).

**Conclusion**

For the foregoing reasons, the undersigned Parties, through their attorneys, jointly stipulate that the Court should enter an order in the form of the attached proposed order dismissing all claims in this suit against the CPSST Defendants with prejudice.

Dated: ~~August~~ September 24, 2013

Respectfully submitted,
KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
Jose Vela, Jr.
Assistant United States Attorney
Attorney in Charge
Fed ID# 25492
1000 Louisiana, Suite 2300
Houston, TX 77002
713.567.9000
713.718.3303 (fax)

Signed by All Parties that Have Appeared:

Dated: August __, 2013

_____
Susan Jean Miller
Office of the Attorney General
PO Box 12548
Austin, TX 78711
On behalf of the State of Texas

_____
Joel M Androphy
Berg & Androphy
3704 Travis St
Houston, TX 77002
On behalf of Relator Diana Kulwicki

_____
Gary Allen Hall
Attorney at Law
400 Mann Street, Ste 700
Corpus Christi, TX 78401
On behalf of Defendant Radiology Associates, L.L.P.

_____
R. Jeffrey Layne
Fulbright & Jaworski, L.L.P.
98 San Jacinto Blvd., Suite 1100
Austin, TX 78701
On behalf of the CPSST Defendants

Dated: August __, 2013

Respectfully submitted,
KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
Jose Vela, Jr
Assistant United States Attorney
Attorney in Charge
Fed ID# 25492
1000 Louisiana, Suite 2300
Houston, TX 77002
713.567.9000
713.718.3303 (fax)

Signed by All Parties that Have Appeared:

Dated: August __, 2013

*Elissa Ylatkovich for*
_____
Susan Jean Miller
Office of the Attorney General
PO Box 12548
Austin, TX 78711
On behalf of the State of Texas

_____
Gary Allen Hall
Attorney at Law
400 Mann Street, Ste 700
Corpus Christi, TX 78401
On behalf of Defendant Radiology Associates, L.L.P.

_____
Joel M Androphy
Berg & Androphy
3704 Travis St
Houston, TX 77002
On behalf of Relator Diana Kulwicki

_____
R. Jeffrey Layne
Fulbright & Jaworski, L.L.P.
98 San Jacinto Blvd., Suite 1100
Austin, TX 78701
On behalf of the CPSST Defendants

Dated: August ___, 2013

Respectfully submitted,
KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
Jose Vela, Jr
Assistant United States Attorney
Attorney in Charge
Fed ID# 25492
1000 Louisiana, Suite 2300
Houston, TX 77002
713.567.9000
713.718.3303 (fax)

Signed by All Parties that Have Appeared:

Dated: August ___, 2013

_____
Susan Jean Miller
Office of the Attorney General
PO Box 12548
Austin, TX 78711
On behalf of the State of Texas

*Joel M. Androphy by permission*
Joel M Androphy                   9/20/13
Berg & Androphy
3704 Travis St
Houston, TX 77002
On behalf of Relator Diana Kulwicki

_____
Gary Allen Hall
Attorney at Law
400 Mann Street, Ste 700
Corpus Christi, TX 78401
On behalf of Defendant Radiology Associates, L.L.P.

_____
R. Jeffrey Layne
Fulbright & Jaworski, L.L.P.
98 San Jacinto Blvd., Suite 1100
Austin, TX 78701
On behalf of the CPSST Defendants

3

Dated: August ___, 2013

Respectfully submitted,
KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
Jose Vela , Jr
Assistant United States Attorney
Attorney in Charge
Fed ID# 25492
1000 Louisiana, Suite 2300
Houston, TX 77002
713.567.9000
713.718.3303 (fax)

Signed by All Parties that Have Appeared:

Dated: August ___, 2013

_____
Susan Jean Miller
Office of the Attorney General
PO Box 12548
Austin, TX 78711
On behalf of the State of Texas

_____
Joel M Androphy
Berg & Androphy
3704 Travis St
Houston, TX 77002
On behalf of Relator Diana Kulwicki

_____/s/ Gary_____
Gary Allen Hall
Attorney at Law
400 Mann Street, Ste 700
Corpus Christi, TX 78401
On behalf of Defendant Radiology Associates, L.L.P.

_____
R. Jeffrey Layne
Fulbright & Jaworski, L.L.P.
98 San Jacinto Blvd., Suite 1100
Austin, TX 78701
On behalf of the CPSST Defendants

3

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was electronically filed and served through the Court's Electronic Case Filing (ECF) System to the following counsel of record on ~~August~~ September 25, 2013:

R. Jeffrey Layne
Fulbright & Jaworski, L.L.P.
98 San Jacinto Blvd., Suite 1100
Austin, TX 78701

Susan Jean Miller
Office of the Attorney General
PO Box 12548
Austin, TX 78711

Elissa Zlatkovich
Office of the Attorney General of Texas
300 W 15th St
Austin, TX 78701

Joel M Androphy
Berg & Androphy
3704 Travis St
Houston, TX 77002

Gay Ellen Gilson
Attorney at Law
418 Peoples St.
Suite 402
Corpus Christi, TX 78401

Gary Allen Hall
Attorney at Law
400 Mann Street, Ste 700
Corpus Christi, TX 78401

/s/ Ben Wolff

4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> ex rel. Diana Kulwicki § <br> § <br> Plaintiffs, § <br> § <br> § <br> v. § <br> § <br> RADIOLOGY ASSOCIATES LLP, § <br> et al. § <br> § <br> Defendants. § | CIVIL ACTION NO: 08-485 |

**[PROPOSED] ORDER OF PARTIAL DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the United States has filed a Joint Stipulation of Dismissal With Prejudice, which was signed by all parties who have appeared in this action, as to all claims in this action against Driscoll Children's Hospital, Children's Physician Services of South Texas ("CPSST"), the Center for Genetic Services, and Raymond Lewandowski (collectively, the "CPSST Defendants").

The United States filed a Notice of Partial Intervention and Settlement in this Court, which attached a settlement agreement that resolved all but one claim asserted against the CPSST Defendants in this action. The one remaining claim against the CPSST Defendants was resolved by an order signed by this Court on May 22, 2013. The parties have fully complied with the settlement agreement and the May 22, 2013 Order.

Accordingly, upon due consideration of the Stipulation, the Notice, and the papers on file in this action,

IT IS ORDERED that:

5

1. Consistent with the terms of the Settlement Agreement between the United States, Texas, Relator Diana Kulwicki, and the CPSST Defendants, all claims asserted on behalf of the United States and Texas against the CPSST Defendants shall be dismissed with prejudice. (Dkt. # 69, Exhibit 1, ¶ III.20).

2. No claim or allegation other than those as specifically identified in the Stipulation and herein shall be dismissed at this time. This Order has no effect on claims or allegations against any other defendants.

IT IS SO ORDERED,

THIS ___ DAY OF _____, 2013

_____
Honorable Vanessa D. Gilmore
United States District Judge