IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. Diana Kulwicki<br><br>Plaintiffs,<br><br>v.<br><br>RADIOLOGY ASSOCIATES LLP,<br>et al.<br><br>Defendants. | § § § § § § § § § § § § § § | CIVIL ACTION NO: 08-485 |

## [PROPOSED] ORDER OF PARTIAL DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the United States has filed a Joint Stipulation of Dismissal With Prejudice, which was signed by all parties who have appeared in this action, as to all claims in this action against Driscoll Children's Hospital, Children's Physician Services of South Texas ("CPSST"), the Center for Genetic Services, and Raymond Lewandowski (collectively, the "CPSST Defendants").

The United States filed a Notice of Partial Intervention and Settlement in this Court, which attached a settlement agreement that resolved all but one claim asserted against the CPSST Defendants in this action. The one remaining claim against the CPSST Defendants was resolved by an order signed by this Court on May 22, 2013. The parties have fully complied with the settlement agreement and the May 22, 2013 Order.

Accordingly, upon due consideration of the Stipulation, the Notice, and the papers on file in this action,

IT IS ORDERED that:

5

1. Consistent with the terms of the Settlement Agreement between the United States, Texas, Relator Diana Kulwicki, and the CPSST Defendants, all claims asserted on behalf of the United States and Texas against the CPSST Defendants shall be dismissed with prejudice. (Dkt. # 69, Exhibit 1, ¶ III.20).

2. No claim or allegation other than those as specifically identified in the Stipulation and herein shall be dismissed at this time. This Order has no effect on claims or allegations against any other defendants.

IT IS SO ORDERED,

THIS 22nd DAY OF Oct, 2013

_____
Honorable Vanessa D. Gilmore
United States District Judge